Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 19−14294−MBK
                            Chapter: 13
                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gary Michael Repack Jr.                        Melissa Repack
   12 Glacier Drive                                   12 Glacier Drive
   Howell, NJ 07731                                Howell, NJ 07731

Social Security No.:
   xxx−xx−6628                                       xxx−xx−8541

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on January 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 52
Order Granting Application for Extension of Loss Mitigation (Related Doc # 52). Loss Mitigation Period Extended to: 4/1/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/2/2020. (rms)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 2, 2020
JAN: rms

                                                                                   Jeanne Naughton
                                                                                   Clerk